# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| GERALD ROBERSON, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:14-cv-50 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 25. Petitioner Gerald Roberson ("Roberson") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

The Court **GRANTS** Respondent's Motion to Dismiss. Dkt. No. 3. Roberson's Motion to Vacate Sentence, filed pursuant to 28 U.S.C. § 2255, dkt. no. 1, is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

Additionally, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Roberson is **DENIED** a

Certificate of Appealability and **DENIED** in *forma pauperis* status on appeal.

**SO ORDERED**, this 11 day of January, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA